IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

*******

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 12-20-H-CCL |
| Plaintiff, | |
| -vs- | ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT |
| WILKERSON P. PHILLIPS, SR., | |
| Defendant. | |

*******

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's plea of guilty to Count II of the Indictment is hereby accepted, subject to the Court's review of the Presentence Report. The Defendant is adjudged guilty of the offense of Acquisition of Controlled Substances by

Misrepresentation, Fraud, and Deception.  All parties shall appear before this Court for sentencing as directed by previous order (ECF No. 45) on November 21, 2013, at 10:00 a.m., United States Courthouse, Helena.

The Clerk is directed forthwith to notify the parties of entry of this order.

Done and dated this 9th day of September, 2013.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE